UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAVANNAH MCCANN | * | CIVIL ACTION |
| VERSUS | * | NUMBER |
| WAL-MART STORES, INC. | * | SECTION |

FILED: _____    _____
                                                              DEPUTY CLERK

## COMPLAINT

Plaintiff invokes the jurisdiction of this Court as established under Title 28, Section 1332 of the United States Code.

The following named party is the complainant herein, to wit:

1. CHAVANNAH MCCANN, a person of full age and majority and domiciled in Jefferson Parish, Louisiana.

I.

The following named party is made defendant herein, to-wit:

(a) WAL-MART STORES, INC., a foreign corporation authorized to do and doing business in the State of Louisiana with its principle place of business in Arkansas; ("hereinafter referred to as "Wal-Mart")

II.

The above named defendant is responsible and liable jointly, severally, solidarily and vicariously to complainant because of the following:

III.

This action results from an accident occurring in New Orleans, Orleans Parish, Louisiana on or about November 19, 2011.

IV.

Complainant, Chavannah McCann, was an employee of Pepsi and was in the course and scope of her employment at the time of the accident. Complainant was stocking Pepsi products at the Wal-Mart warehouse located at 1901 Tchoupitoulas Street in New Orleans when she slipped in a liquid substance and fell violently to the floor.

V.

As a result of the above accident, complainant, Chavannah McCann, suffered and continues to suffer multiple personal, psychological and emotional injuries of a past, present and continuing nature.

VI.

Complainant, Chavannah McCann, has undergone medical treatment since the accident and will undergo further medical treatment. Complainant was and still is limited from her normal activities as a result of the accident. Complainant also suffers pain and discomfort in her employment duties.

VII.

The sole and proximate cause of the injuries and damages sustained by complainant was the joint, concurrent, successive, solidary and/or several negligence of the defendant, Wal-Mart and/or the negligence of its agents and employees for which it is vicariously liable, which negligence consisted of the following acts and/or omissions, to-wit:

(a)   failure to maintain the warehouse floor in a reasonably safe condition;

(b)   failure to safeguard the premises to protect plaintiff against the possibility of falling;

(c)   failure to warn of the water and/or other foreign substances on the warehouse floor;

(d)   failure to discover and correct dangerous conditions existing on the premises;

(e)   failure to inspect the premises for dangerous conditions, foreign substances and/or other unsafe conditions on the premises; and,

(f)   other negligence which may be proven at trial on this matter.

VIII.

Chavannah McCann itemizes the damages to which she is entitled as a result of the accident and injury proximately caused by the above described negligence of defendant as follows, to-wit:

(a)   Past physical pain, suffering and discomfort

(b)   Past mental anguish, aggravation and annoyance

(c)   Future physical pain, suffering and discomfort

(d)   Future mental anguish, aggravation and annoyance

(e)   Past medical expenses

(f)   Future medical expenses

(g)   Past lost wages

(h)   Future lost wages

(i)   Loss of enjoymentt of life

(j)   Loss of use/function of parts of body

 (k)  Bodily disability

 (l)  Destruction of earning capacity

 (m)  Disability from engaging in recreation

IX.

Complainant strictly reserves the right to amend and supplement this complaint as necessary concerning damages.

X.

Wal-Mart is jointly, severally, solidarily and vicariously liable and responsible to complainant for the acts and/or omissions of negligence and damages caused by its employees during the course and scope of said employee(s)' employment.

XI.

The defendant, Wal-Mart, is jointly, severally, solidarily and vicariously liable and responsible to complainant for the negligence and damages set forth above.

XII.

Defendant is also vicariously, solidarily, jointly and severally liable to plaintiff under the Res Ipsa Loquitor as expressed in the Louisiana Civil Code, particularly Articles 660, 2317, et seq., and 2322. Defendant had garde, custody, control and ownership of the warehouse at all times material hereto. The warehouse floor in question was an unreasonable premise defect because it was not marked to identify a possible dangerous situation/condition. Defendant knew or, in the exercise of reasonable care, should have known that the damage could have been prevented by the exercise of reasonable care, and defendant failed to exercise such reasonable care.

XIV.

Complainant alleges the amount in controversy exceeds $75,000.00, the jurisdictional amount for diversity jurisdiction.

WHEREFORE, complainant prays that defendant be cited and served and that after due proceedings are had, there be judgment in favor of complainant, Chavannah McCann, and against the defendant, Wal-Mart Stores, Inc., jointly, severally, solidarily and vicariously for such sums as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings.

AND FOR ALL GENERAL AND EQUITABLE RELIEF.

AND THAT ALL EXPERT WITNESS FEES BE TAXED AS COSTS OF COURT.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Michael Hingle
Michael Hingle, T.A. #6943
Donald D'Aunoy #31123
For the Firm
201 St. Charles Avenue
Suite 2521
New Orleans, Louisiana 70170-2521
Telephone: (504) 568-1161
Facsimile: (504) 599-5966

PLEASE SERVE
WAL-MART STORES, INC.
through its agent for service of process
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHAVANNAH MCCANN | * | CIVIL ACTION |
| VERSUS | * | NUMBER |
| WAL-MART STORES, INC. | * | SECTION |

FILED: _____     _____
                                                                                     DEPUTY CLERK

**NOTICE OF ADDRESS ASSIGNMENT**

TO:   CLERK OF COURT:

YOU ARE HEREBY requested to send to us as Attorney of Record in the above captioned case, notice of any judgment, order, or minute entry of this Court rendered in this case to the following address it is associated with.

> Michael Hingle & Associates, LLC
> 201 St. Charles Avenue, Suite 2521
> New Orleans, LA 70170

> Respectfully submitted,
>
> MICHAEL HINGLE & ASSOCIATES, LLC
>
> /s/ Michael Hingle
> Michael Hingle, T.A. #6943
> Donald D'Aunoy #31123
> For the Firm
> 201 St. Charles Avenue, Suite 2521
> New Orleans, LA 70170
> Telephone: (504) 568-1161
> Facsimile: (504) 599-5966

G:\New_Orleans\data\files\McCann, Chavannah\P's Pleadings\pld complaint 3.26.12 AH.wpd