UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **CHAVANNAH McCANN** | * | CIVIL ACTION NO. | **2:12-cv-00918** |
| | * | | **c/w 2:12-cv-02196** |
| **VERSUS** | * | | |
| | * | | |
| **WAL-MART STORES, INC.** | * | **Judge Mary Ann Vial Lemmon** | |
| | * | | |
| | * | **Magistrate Judge Karen Wells Roby** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel comes, plaintiff Chavannah McCann, and defendant, Wal-Mart Stores, Inc. and move the court to dismiss the above captioned matter, without prejudice.

Respectfully submitted,

/s/*Scott E. Silbert*
**SCOTT E. SILBERT #12068**
**SILBERT & GARSON, L.L.P.**
909 Poydras St., Suite 2130
New Orleans, Louisiana 70112
Telephone: (504) 581-6200
Facsimile: (504) 584-5270

*ATTORNEY FOR PLAINTIFF*

/s/*Sidney J. Hardy*
**SIDNEY J. HARDY #1938**
**MCCRANIE, SISTRUNK, ANZELMO**
  **HARDY, McDANIEL & WELCH**
909 Poydras St., Suite 1000
New Orleans, Louisiana 70112
Telephone: (504) 831-0946
Facsimile: (800) 977-8810

*ATTORNEY FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2013, I electronically filed a copy of the above and foregoing *Joint Motion to Dismiss Without Prejudice* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing *Joint Motion to Dismiss Without Prejudice* and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ *Sidney J. Hardy*
**SIDNEY J. HARDY**